AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 29 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## for the

Broadcast Music Inc.
Publisher:
Robert Earl Robinson
_Petitioner_

v.

Warden Chad Garrett
Forrest City Medium
Federal Prison:
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 2:23-CV-00169
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Robert Earl Robinson
   (b) Other names you have used: Arkansas Rob Entertainment

2. Place of confinement:
   (a) Name of institution: Forrest City Medium
   (b) Address: Federal Prison: AT P.O. Box 3000 Forrest City, AR 72336-3000
   (c) Your identification number: 06731-010

3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, (probation), etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Western District Court El Dorado, Arkansas
   (b) Docket number of criminal case: 1-98-CR-10003-001
   (c) Date of sentencing: 3-2-2023
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.  What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other *(explain)*: _____N/A_____

6.  Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: _____N/A_____

    (b) Docket number, case number, or opinion number: _____

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: _____N/A_____

    (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☐ Yes        ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____N/A_____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: I have only doc-umented my Intellectual Property Claim with Bureau Of Prisons.

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: N/A

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) If you answered "No," explain why you did not file a second appeal: I have only documented my Intellectual Property Claims with Bureau Of Prisons

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: N/A

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____ N/A _____

(b) If you answered "No," explain why you did not file a third appeal: Note: I have only document my Intellectual property claim with the court.

10. Motion under 28 U.S.C. § 2255 As of this date 4-22nd 2024

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _Time Served AT United States v. Robert Robinson Case No. 1-98-CR-10005-001 As Of March 25th 2020_

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ___N/A___

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes    ☑ No

If "Yes," provide:

(1) Name of court: ___N/A___
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☑ Yes      ☑ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____N/A_____

    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____

    (d) Docket number, case number, or opinion number: _____

    (e) Result: _____

    (f) Date of result: _____

    (g) Issues raised: _____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I Publisher-of BMI this date of April 22, 2024 document my Intellectual Property Claim with this Office of the Dist. Court

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Fact: Under U.S.C.G AT: Section 301.9 False Registration of Domain Name File in Claim Under registration of my TradeMark: Arkansas Rob Where, See, Broadcast Music Inc registration of I Publisher Contract,

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

GROUND TWO: As, Publisher: I am Under Contract With Broadcast Music Inc to issuse Non-exclusive License for my Control of Copyright Register

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See, Recordation Of Habeas Corpus Petition: AT: Robert Earl Robinson v. Warden Chad Garrett, AT: Case No. 2:23-CV-00169 Where: Recordation of document in your Office of the Dist. Court gives all person constructive notice of Facts

(b) Did you present Ground Two in all appeals that were available to you? I'm a Publisher!
☐ Yes   ☒ No

GROUND THREE: Note; Clark: see, Social Security Administration Claim affirming my mental disorder called: [Depersonlization]:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Where: One's persons on surrond ing becomes distorted or un- real, in some way: See [-act] My Psychiatric or Psychological ex- amination Conduct by a licensed professional: Where my Claim of suffering From [Depersonlization] is documented

(b) Did you present Ground Three in all appeals that were available to you? Under: Habeas Corpus Petition:
☐ Yes   ☐ No

Page 8 of 10

**GROUND FOUR:** Note: Under my Intellectual Property, I now this date of April 22, 2024 claim exclusive rights to preformance license

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: And documents with this District Court Clerk Office: My claim to proceed with publication of preformance license [Note] Collect royalty from Broadcast Music, Inc. for any and all recording of my disorder [Depersonlization] Copyrighted ect.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Note: Pursuant To Title 18 U.S.C. At Section 6-16 Classified Information Procedure Act: See U.S.S.G 3 C1.4 False Registration of Domain Name: Now Corrected under this documention

**Request for Relief**

15. State exactly what you want the court to do: Recordation of my Intellectual Property Claims are required to be filed with the Court under constructive notice of Non-exclusive licenser Publisher Whom Trademark is Arkansas Rob

[signature]

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
April 22nd, 2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4-22nd-2024                              _____
                                                Signature of Petitioner

                                               Pro Se
                                               _____
                                               Signature of Attorney or other authorized person, if any

Date: 4-22nd-2024

Clerk Of Court:

This letter concerns my filing of Amended petition under the following section 2241 Of Title 28 U.S.C.:
At: Robert Robinson v. Warden Chad Garrett At: Case No. 2:23-CV-00169
In response to Order Of the Court, I'am complyin' with the Court requirement by now this date Of April 22nd 2024:
By submitting Official petition with this Office Of the Court.
To: Document fact Of my sufferin' from mental disorder [all [Depersonalization]:

