**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ROBERT EARL ROBINSON** **PETITIONER**
**ADC #097076**

**v.** **Case No. 2:23-cv-00169-KGB**

**CHAD GARRET, Warden**
**FCI-Forrest City** **RESPONDENT**

# ORDER

Before the Court are a Recommended Disposition ("Recommendation") submitted by United States Magistrate Benecia B. Moore (Dkt. No. 23) and plaintiff Robert Earl Robinson's objections (Dkt. No. 24). After reviewing the Recommendation and Robinson's objections, and conducting a *de novo* review of the record, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. The Court writes separately to address Robinson's objections.

Robinson filed his amended petition for a writ of *habeas corpus* in this case on April 29, 2024 (Dkt. No. 22). In Robinson's amended petition, Robinson alleges claims related to intellectual property and social security (Dkt. No. 22, at 2–8). Because Robinson did not challenge his conviction or seek a remedy that would result in an earlier release from prison, Judge Moore recommended that this Court find that it lacks subject matter jurisdiction to consider the claims raised in Robinson's amended complaint (Dkt. No. 23, at 4). In Robinson's objections, Robinson argues that he is a "licensed professional [p]ublisher" and realleges that he has intellectual property and social security claims (Dkt. No. 24, at 1–3). Robinson's objections fail to break new ground or rebut the Recommendation.

Therefore, the Court adopts the Recommendation in its entirety as this Court's findings in all respect and dismisses without prejudice Robinson's writ of *habeas corpus* due to lack of

jurisdiction (Dkt. No. 22). The Court denies a certificate of appealability. Robinson has not made a substantial showing that he was denied a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

It is so ordered this 17th day of August, 2026.

Kristine G. Baker
Chief United States District Judge